Alberto Cintron                                                      3/17/26
#13927-511
FCI Cumberland
Po Box 1000
Cumberland, MD 21501


US District Court
601 Market St.
Room 2609
Philadelphia, PA 19106-1797


Re:  US v Alberto Cintron, Crim. No.: 2:24-CR-001-77


Dear Clerk,

I am writing to request some information and documents pertaining to my case.

I ask that you please provide me with the following below:

* **An up-to-date docket sheet**

* **Copy of the indictment**

* **A copy of the government's and defense sentencing memorandums**

* **A copy of the plea colloquy transcript and sentencing transcript.**

   **If, these transcripts are not available or transcribed - please**

   **give me the name and address of the court reporter who presided**

   **of these proceedings.**

With that being said, I would like to thank you for your time and patience with me in this matter. I hope to hear from you in the very near future.


Sincerely,

/s/ A. Citron

1 of 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                    :

                                             :    Crim. No.: 2:24-CR-001-77

             vs.                              :    (Judge John M. Younge)

                                             :

ALBERTO CINTRON,                             :

          Defendant.                        :

## CHANGE OF ADDRESS

Alberto Cintron brings this notice to the Court's attention that he has been transferred to the Federal Correctional Institution Cumberland in Cumberland, Maryland. The address is below:

        FCI Cumberland
        Po Box 1000
        Cumberland, MD 21501

Mr. Cintron asks that all of his legal correspondence be sent to the above-named prison.

Thank you for your time and patience with me in this matter.

Sincerely,

_A. Cintron_

1.

Alberto Cintron 13927-511
Federal Correctional Institution
P.O. BOX 1000
Cumberland, MD 21501

20 MAR 2026 PM 2 L



⇔13927-511⇔
Dist Court
601 Market ST
Room 2609
Phila, PA 19106
United States

**RECEIVED**

MAR 2 3 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Philadelphia, PA 19106-1797

X-RAY SNS

19106-179699